| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | McGREGOR W. SCOTT<br>United States Attorney<br>ROBERT J. ARTUZ<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile:   (916) 554-2900 |

**FILED**
Jun 04, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

6 Attorneys for Plaintiff
United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| 11<br>12 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|---|
| 13<br>14 | 2005 Gold Mercedes-Benz Convertible coupe with California license plate 5JLZ160 | 2:19-SW-0866-DB |
| 15<br>16 | 2002 Blue Chevy Avalanche four door pickup truck with California license plate 6T58075 | 2:19-SW-0867-DB |
| 17 | | 2:19-SW-0868-DB |
| | The Person of Phil Roger WEGER | |
| 18 | The Person of Sharon Lee TEAGUE | 2:19-SW-0869-DB |
| 19 | The Person of Brad William HESSE | 2:19-SW-0870-DB |
| 20 | 13380 Brookwood Way, Lathrop, CA 95330. | 2:19-SW-0871-DB |
| 21 | 2007 Blue Ford Mustang with California license plate 6ACW665 | 2:19-SW-0872-DB |
| 22 | | |
| 23<br>24 | 1990 Black Toyota pickup with California license plate 88547P2 | 2:19-SW-0873-DB |
| 25<br>26 | 1998 White Ford F-150 with a black passenger door and black tailgate, with California license plate 5Z18368 | 2:19-SW-0874-DB |
| 27 | | |
| 28 | / / / | |

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT                     1
AFFIDAVITS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: June 4, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE